# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Luis A. Vazquez**

    vs.

**Gary Greene, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:06-CV-213

---

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    _X_   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION IS DENIED AS MOOT. THIS ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON JULY 11, 2006.

Dated:  July 11, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk